IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WARREN AIKEN, JR.,

    Plaintiff,

vs.                                     Case No. 4:07cv421-MP/WCS

TIMOTHY CORRIGAN, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    Plaintiff, an inmate proceeding *pro se*, has filed a civil rights complaint under 42 U.S.C. § 1983, doc. 1, and a motion seeking leave to proceed *in forma pauperis*, doc. 2. The complaint has been reviewed pursuant to 28 U.S.C. § 1915A.

    Plaintiff is confined at Columbia Correctional Institution in Lake City, Florida, as are all of the listed Defendants. Doc. 1. Plaintiff's claims concern the conditions of his confinement while housed at Columbia Correctional Institution. *Id.* Because Columbia Correctional Institution is located within the jurisdiction of the Middle District of Florida, as are the Defendants, the proper forum for this action pursuant to 28 U.S.C. § 1391(b)

and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." The issue of defective venue may be raised *sua sponte*, and there is no need for a hearing prior to transferring this case. Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257, 1259 (11th Cir. 1988).

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings including the decision as to whether *in forma pauperis* status should be granted.

**IN CHAMBERS** at Tallahassee, Florida, on October 3, 2007.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**